UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANGEL FERRERAS : Civ. No. 08-CV-3981 (DRD)
:
v. : (Crim. No. 06-276 (DRD))
:
: Hon. Dickinson R. Debevoise
:
UNITED STATES OF AMERICA : **ORDER**

THIS MATTER having come before the Court upon the motion of the United States of America (by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, R. Joseph Gribko, Assistant U.S. Attorney, appearing) for an order finding a limited waiver of the attorney-client privilege and compelling disclosure of certain attorney-client communications; and the Court having reviewed the government's application; and for good cause being;

AND NOW, this 21st day of Jan., 2009:

THE COURT FINDS that the petitioner, Angel Ferreras, who has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, has waived his attorney-client privilege with respect to his communications with his attorney, John Fahy, Esq. regarding the filing of an appeal from the Judgment of this Court in <u>United States v. Angel Ferreras</u>, Criminal No. 06-276 (DRD); and it is hereby

ORDERED that John Fahy, Esq., shall disclose by way of affidavit and testimony his communications with Angel Ferreras relating to the filing of an appeal from the judgment of this Court in US v Ferreras, Crim. No. 06-276 (DRD)

HON. DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE