# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 06-276(DRD) |
| Plaintiff, | |
| v. | **O R D E R** |
| ANGEL FERRERAS | |
| Defendant. | |

Defendant, Angel Ferreras, having filed a pro se notice of appeal of his sentence on September 24, 2007; and the Court having treated the notice of appeal as a motion pursuant to 28 U.S.C. § 2255; and the Court having been advised through Defendant's court appointed counsel that Defendant wishes to withdraw his motion (see attached letter dated February 5, 2010);

IT is this 8th day of February 2010;

**ORDERED** that Defendant's motion pursuant to 28 U.S.C. § 2255, which he styles a notice of appeal, is dismissed.

_____
DICKINSON R. DEBEVOISE
U.S.S.D.J.